UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20288-CIV-JORDAN

| | |
|---|---|
| CARLOS ALBERTO MARTINEZ-ZAPATA | ) ) ) |
| Petitioner | ) ) |
| vs. | ) ) |
| UNITED STATES OF AMERICA | ) ) |
| Respondent | ) ) |

**ORDER**

Mr. Martinez-Zapata's motion to vacate, construed as a motion for modification of sentence pursuant to 18 U.S.C. § 3582(c), is DENIED.[1] Mr. Martinez-Zapata is relying on Amendment 709 to the Sentencing Guidelines. But Amendment 709, which changes the way certain prior convictions are scored in calculating a defendant's criminal history under U.S.S.G. § 4A1.2, is not retroactive. It has not been listed as a retroactive amendment in U.S.S.G. § 1B1.10(c). *See generally United States v. Armstrong*, 347 F.3d 905, 909 (11th Cir. 2003). Because Mr. Martinez-Zapata was sentenced before Amendment 709 became effective, he cannot obtain the benefit of Amendment 709. *See, e.g., United States v. Peters*, 524 F.3d 905, 906 (8th Cir. 2008); *United States v. Cofield*, 2007 WL 4532938, *1 (4th Cir. 2007).

This case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 13th day of June, 2008.

_____
Adalberto Jordan
United States District Judge

---

[1] This is not a proper motion to vacate under § 2255 because Amendment 709 is substantive, and not clarifying. *See United States v. Snyder*, 2008 WL 370663, *3 (N.D. Ind. 2008).

cc: Magistrate Judge White
All counsel of record

Carlos Alberto Martinez-Zapata, pro se
Reg. No. 64546-004
CI-McRae Correctional Institution
P.O. Drawer 30
McRae, GA 31055